IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GERALD EUGENE DOMINY ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 3:20-cv-00510 |
| ) | Judge Trauger |
| ALEJANDRO MAYORKAS, ET AL., ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

On June 9, 2022, the Magistrate Judge issued a Report and Recommendation (Doc No. 63), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, the following are hereby ORDERED:

1. The plaintiffs' *Bivens* claims and any APA claims for money damages in the plaintiff's Amended Complaint are DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

2. The defendants' Motion to Dismiss (Doc. No. 56) is hereby GRANTED.

3. The remaining claims in the Amended Complaint are DISMISSED WITH PREJUDICE.

The Clerk shall enter judgment in accordance with Rule 58, Federal Rules of Civil Procedure.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge